**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONALD RAY SPILLMAN                                                                          PLAINTIFF

v.                                          3:15CV00341-DPM-JJV

STEVE WRIGHT, Nurse,
Greene County Jail; *et al.*                                                            DEFENDANTS

<u>**PROPOSED FINDINGS AND RECOMMENDATIONS**</u>

<u>**INSTRUCTIONS**</u>

        The following recommended disposition has been sent to United States District Judge D. P.

Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection is

to a factual finding, specifically identify that finding and the evidence that supports your objection.

An original and one copy of your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.  Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

        If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before either the District Judge or

Magistrate Judge, you must, at the time you file your written objections, include the following:

        1.        Why the record made before the Magistrate Judge is inadequate.

        2.        Why the evidence to be proffered at the new hearing (if such a  hearing is granted)

was not offered at  the hearing before the Magistrate Judge.

        3.        The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

Ronald Ray Spillman ("Plaintiff") began this action on October 27, 2015, by filing a *pro se* Complaint (Doc. No. 1) without an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") or prepayment of the statutory filing fee.  On October 28, 2015, I directed Plaintiff to submit either a completed Application or the filing fee within thirty days.  (Doc. No. 2.) That Order was returned as undeliverable on November 9, 2015.  (Doc. No. 3.)  To date, Plaintiff has not satisfied the filing fee requirement or updated his address.

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

So recommended this 4th day of December, 2015.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE