IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD RAY SPILLMAN                                                      PLAINTIFF

v.                                        No. 3:15-cv-341-DPM

STEVE WRIGHT, Nurse, Greene County
Jail; T. MOSS, Nurse, Greene County Jail;
MOSS, Nurse, Greene County Jail; and
GREENE COUNTY JAIL                                                      DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes).   Spillman hasn't kept his address

current; his mail is being returned.  № 5.  His complaint will therefore be

dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis*

appeal from this Order and accompanying Judgment will not be taken in

good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2015