IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD RAY SPILLMAN                                            PLAINTIFF

v.                          No. 3:15-cv-341-DPM

STEVE WRIGHT, Nurse, Greene County
Jail; T. MOSS, Nurse, Greene County Jail;
MOSS, Nurse, Greene County Jail; and
GREENE COUNTY JAIL                                            DEFENDANTS

JUDGMENT

Spillman's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2015